RICHARD BILLIN, OSB No. 904546
Attorney for Plaintiff
812 Bennett Ave
Medford, OR 97504
Telephone    (541) 776-9900
Facsimile    (541) 776-1005
E-Mail: rich@billinpc.com

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

## MEDFORD DIVISION

| | |
|---|---|
| CYNTHIA ANN SHEPPARD,<br><br>             Plaintiff,<br><br>vs.<br><br>PENSION TRUST FUND FOR OPERATING ENGINEERS,<br><br>             Defendant. | Case No. 1:20-cv-01147-MC<br><br>PLAINTIFF'S NOTICE OF DISMISSAL |

Pursuant to FRCVP 41(a)(1), Plaintiff hereby notifies this court of her dismissal of all Plaintiff's Claims for Relief as set forth in Plaintiff's Complaint. Defendants has not filed an answer, asserted any counterclaims, nor moved for summary judgment in this matter; although the Defendant has made an appearance herein.

DATED this 10th day of November, 2020.

Rich Billin
Attorney at Law
812 Bennett Ave
Medford, OR 97504
541-776-9900

By: */s/ Richard L. Billin*
RICHARD L. BILLIN, OSB No. 904546
Attorney for Plaintiff
812 Bennett Ave.
Medford, OR 97504
Ph (541) 776 – 9900
Fax (541) 776 – 1005
Email: rich@billinpc.com

## CERTIFICATE OF SERVICE

I certify that on November 10, 2020, I caused the following NOTICE OF DISMISSAL to be served by causing a full, true, and correct copy thereof to be delivered to:

Thomas L. Hutchinson:
tom.hutchinson@bullivant.com,
heather.gramson@bullivant.com,
portlanddocketing@bullivant.com

Ronald L. Richman
ron.richman@bullivant.com

Sarah K Bowen
sarah.bowen@bullivant.com,
#sanfranciscodocketing@bullivant.com,
roberta.beach@bullivant.com

☐   by **MAILING** a full, true and correct copy on November 10, 2020 by mailing to said person or persons in a sealed envelope, with postage paid addressed to said person or persons as set forth ABOVE, and deposited in the post office at Medford, Oregon, on said day.  Between the said post office and the address to which said copy was mailed, there is regular communication by U.S. Mail.

☐   by causing a full, true, and correct copy thereof to be **HAND-DELIVERED** to the attorney in open court.

NOTICE OF DISMISSAL                                                                                                  PAGE 2 OF 3

Rich Billin
Attorney at Law
812 Bennett Ave
Medford, OR 97504
541-776-9900

☐     by sending a full, true, and correct copy thereof via **OVERNIGHT COURIER** in a sealed, prepaid envelope, addressed to the attorney as shown above, the last known office address of the attorney, on the date set forth below - to the Court.

☐     by **FAXING** a full, true, and correct copy thereof to the attorney at the fax number shown above, which is the last known fax number for the attorney's office, on the date set forth below.  The receiving fax machine was operating at the time of service and the transmission was properly completed, according to the attached confirmation report.

**XX**     by **ECF SYSTEM** to the attorney as shown above on the date set forth below.

DATED November 10, 2020.

By: */s/ Richard L. Billin*
RICHARD L. BILLIN, OSB No. 904546
Attorney for Plaintiff
812 Bennett Ave.
Medford, OR 97504
Ph (541) 776 – 9900
Fax (541) 776 – 1005
Email: rich@billinpc.com

NOTICE OF DISMISSAL                                                                                           PAGE 3 OF 3

Rich Billin
Attorney at Law
812 Bennett Ave
Medford, OR 97504
541-776-9900